IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
NOV 18 2014
PER _____
DEPUTY CLERK

| | |
|---|---|
| WILLIAM TIERNO, | : |
| Petitioner | : |
| v. | :  3:13-CV-02862 |
| DISTRICT ATTORNEY OF LUZERNE COUNTY, P.A., et al., | :  (Judge Nealon) |
| Respondents | : |

## ORDER

**AND NOW, ON THIS 18th DAY OF NOVEMBER, 2014**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253.

_____
**United States District Judge**